MANUFACTURERS MUTUAL FIRE INSURANCE COMPANY OF RHODE ISLAND et al., Respondents, *v.* ASSOCIATED GAS AND ELECTRIC COMPANY et al., Respondents; STANLEY CLARKE, as Trustee of Associated Gas and Electric Company, Appellant.

Argued April 16, 1942; decided June 4, 1942.

*Ben A. Matthews, Addison S. Pratt, Joseph H. Schnabel, Coburn B. Kidd* and *John J. Dowling* for appellant.

*William S. Bennet* for Victor House, *amicus curiæ.*

*James N. Vaughan* for Holthusen & Pinkham, *amicus curiæ.*

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.